IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENNIS J. KAULIA, | ) | Civ. No. 13-00106 SOM-BMK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| vs. | ) | DISMISS THIS ACTION |
| | ) | |
| JUDGE DAVID EZRA, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

On March 4, 2013, Plaintiff Dennis Kaulia filed his complaint in this

case.  Pursuant to Fed. R. Civ. P. 4(m), a plaintiff must serve defendants within

120 days after filing the complaint, or within any additional period of time

authorized by the court.  Plaintiff was required to serve the Defendants no later

than July 2, 2013, but Plaintiff has not yet served the Defendants.

Additionally, a Rule 16 Scheduling Conference was scheduled on

August 2, 2013 at 9:30 a.m. before Judge Barry M. Kurren.  (Doc. 12.)  According

to the Court's Order Setting Rule 16 Scheduling Conference (Doc. 2), Plaintiff was

required to "file a Scheduling Conference Statement pursuant to [Local Rule]

16.2(b)" prior to attending the Rule 16 Scheduling Conference.  That Order further

stated that "[f]ailure to file [the Statement] and/or attend [the Conference] will

result in imposition of sanctions, (including fines or dismissal) . . . ." Plaintiff did

not file a Scheduling Conference Statement or attend the Rule 16 Scheduling

Conference.

On August 7, 2013, the Court issued an Order to Show cause,

requesting Plaintiff "to show good cause, if any, why sanctions, including

dismissal of this case, should not be imposed for the failure to prosecute this case."

(Doc. 14 at 2.) The Court set a show cause hearing for September 9, 2013 at 10:30

a.m. Plaintiff failed to attend the show cause hearing.

Based on the foregoing, the Court FINDS and RECOMMENDS that

this action be dismissed for Plaintiff's failure to: 1) serve the defendants; 2) attend

the Rule 16 Scheduling Conference or file a Rule 16 Scheduling Conference

Statement; 3) attend the show cause hearing; and 4) otherwise prosecute this case.

DATED: Honolulu, Hawaii, September 10, 2013.

IT IS SO ORDERED.



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Kaulia v. Ezra, Civ. No. 13-00106 SOM-BMK, FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION