IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS J. KAULIA , )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUDGE DAVID EZRA; ET AL. , )<br>)<br>Defendants. )<br>_____ ) | CV 13-00106 SOM-BMK |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 10, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss This Action" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, October 4, 2013.



 /s/ Susan Oki Mollway  
Susan Oki Mollway  
Chief United States District Judge