IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENNIS J. KAULIA , | ) | CV 13-00106 SOM-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JUDGE DAVID EZRA; ET AL. , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 10, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Dismiss This Action" are adopted as the opinion and order of

this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, October 4, 2013.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge